# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE CHAVEZ, SARA FAZIO, and PIERCE LANNUE, Individually and on behalf of BUILDWISE, and on behalf of all the similarly situated participants and beneficiaries of the plan,<br><br>    Plaintiffs,<br><br>v.<br><br>PLAN PROFESSIONALS, LLC; John and Jane Does 1-30 in their capacities as fiduciaries,<br><br>    Defendants. | Case No. 3:26-cv-02692-MAS-RLS |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT

Defendant Plan Professionals, LLC ("Defendant"), by and through its undersigned counsel, hereby moves to dismiss Plaintiffs' Class Action Complaint (Dkt. 1) ("Complaint") in its entirety and with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for the requested relief, which are set forth more fully in the accompanying Memorandum of Law, are as follows:

In order to move their underperformance claim related to the American Century target date funds ("American Century TDFs") from possible to plausible, Plaintiffs were required to provide enough facts for the Court to infer that Defendants' fiduciary process was flawed by identifying: (i) a meaningful benchmark; and (ii)

sustained, material underperformance. Plaintiffs do neither. They instead allege only that the American Century TDFs—in hindsight—slightly trailed dissimilar, more aggressive target date fund series at two brief snapshots in time and then extrapolate unexplained "losses" years later. These allegations fall well short of the Third Circuit's requirements and, accordingly, the Court should dismiss the Complaint in its entirety and with prejudice because it fails to state any plausible claim upon which relief can be granted.

WHEREFORE, Defendant respectfully requests that, upon due consideration of the motion and controlling precedent, the Court order the dismissal of the Complaint and this action.

Dated: June 18, 2026

Respectfully submitted,

/s/ William J. Delany
William J. Delany, NJ Bar No. 49031994
David M. Levine*
Larry M. Blocho Jr.*
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 861-6643
wdelany@groom.com
dnl@groom.com
lblocho@groom.com

*admitted pro hac vice*

*Attorneys for Defendant Plan Professionals, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the June 18, 2026, I electronically filed the foregoing document via CM/ECF, which caused a true and correct copy to be served electronically upon all entitled parties.

*/s/ William J. Delany*
William J. Delany